✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

9:03 am, Aug 31 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____________Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**IN THE MATTER OF A CRIMINAL COMPLAINT**

**Case No.** 23-2284-ADC

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Special Agent Jessica Woodin of The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, depose and state as follows:

**INTRODUCTION**

1. This Affidavit is submitted in support of a Criminal Complaint charging Brandon KELLAM with possession of a firearm by a prohibited person, in violation of 18 U.S.C. § 922(g).

2. I am an "investigative or law enforcement officer . . . of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). I have been employed by the ATF since December 2013, and have been an ATF agent in Baltimore since July 2014. I am currently assigned to a joint task force comprised of ATF agents and detectives from the Baltimore Police Department (BPD). I also am assigned to the Federal Bureau of Investigation's (FBI) Joint Terrorism Task Force (JTTF) for the State of Maryland as a collateral duty and have been so assigned since April 2021. I have participated in numerous investigations into illegal firearms trafficking, possession of firearms by prohibited individuals, and the distribution of controlled dangerous substances ("CDS"). While conducting and participating in these investigations, I have prepared and executed multiple federal and state search warrants resulting in the seizure of narcotics, contraband, firearms, and the proceeds and assets of illicit

activities. I have conducted covert surveillance of suspected CDS and firearms traffickers, interviewed individuals involved in gangs and the CDS trafficking trade, and participated in Title III wiretap investigations as a monitor and member of surveillance teams.

3. The statements made in this Affidavit are based in part on: (a) my personal participation in this investigation; (b) information provided to me by other law enforcement officers and (d) the training and experience of myself and other law enforcement agents and officers.

4. This Affidavit is made for the limited purpose of establishing probable cause in support of a Criminal Complaint and contains only a summary of relevant facts. I have not included every fact known to me concerning the entities, individuals, and the events described in this Affidavit, but I do not believe I have omitted any information that would have a tendency to defeat a showing of probable cause.

**PROBABLE CAUSE**

5. On January 30, 2023, at approximately 11:04 p.m., Baltimore County Police Department ("BCPD") officers responded to a call for a domestic disturbance in Owings Mills, Maryland. The suspect was believed to be driving a black Acura TL in the vicinity of I-795 and in possession of two firearms. While enroute to the scene a BCPD officer observed a black Acura TL matching the description of the suspect vehicle. Officers began following the vehicle and attempted to conduct a traffic stop. The black Acura failed to stop, however, and fled into Baltimore City. A Baltimore County aviation unit pursued the Acura and relayed its location to Baltimore Police Department ("BPD") officers who located the vehicle in the vicinity of West North Avenue and Pulaski Highway in Baltimore City. The driver of the vehicle, later identified

as Brandon Jamal KELLAM, abandoned the vehicle and began to flee on foot[1]. As KELLAM did so, the Baltimore County aviation unit saw KELLAM discard an object that appeared to be a firearm. A BPD officer quickly apprehended KELLAM while a second officer recovered the firearm KELLAM was seen discarding as he fled.

6. The firearm recovered was examined and determined to be a Springfield, 9mm, YP, semi-automatic pistol, bearing serial number BY241716. At the time it was recovered by law enforcement, the pistol was loaded with eleven rounds of ammunition. The pistol was test-fired and determined to be an operable firearm. The firearm was also determined to have been manufactured outside the state of Maryland and therefore moved in or effected interstate commerce between the time it was manufactured and the time it was recovered in Baltimore City. Based on a review of KELLAM's criminal record, it appears that KELLAM was previously convicted of a crime punishable by more than one year imprisonment and that he served more than a year imprisonment. Accordingly, I believe KELLAM was aware that he had previously been convicted of a crime punishable by more than one year imprisonment.

## CONCLUSION

7. Based on the foregoing, I submit that there is probable cause to believe that on January 30, 2023, Brandon KELLAM possessed a firearm after a prior felony conviction in violation of 18 U.S.C. § 922(g).

WHEREFORE, in consideration of the facts presented, I respectfully request that this Court issue an arrest warrant for Brandon KELLAM.

[1] Investigators ultimately determined that KELLAM was not the suspect in the domestic disturbance.

JESSICA WOODIN

Digitally signed by JESSICA WOODIN
Date: 2023.08.30 11:27:40 -04'00'

Jessica M. Woodin
Special Agent, ATF

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41 this 30th day of August 2023.

A. David Copperthite

Honorable A. David Copperthite
United States Magistrate Judge